FILED
FEB - 9 2018
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE APPLICATION OF USA FOR PRTT ORDER FOR ONE WHATSAPP ACCOUNT FOR INVESTIGATION OF VIOLATION OF 21 U.S.C. [§] 841 | No. 18-pr-00017 *SEALED* |

## ORDER

By an application filed on January 25, 2018 in No. 18-pr-00017, the United States of America sought an order to install and use pen register and trap-and-trace devices, *see* 18 U.S.C. §§ 3122, 3123, for a WhatsApp account designated by a WhatsApp account number. On February 6, 2018, Magistrate Judge Deborah Robinson issued an Order denying the application without prejudice for the reasons set forth in orders issued on February 2, 2018 in other cases. It has been brought to the undersigned's attention that counsel for the United States does not have access to the sealed orders referenced in Judge Robinson's February 6, 2018 Order. Accordingly, the instant Order explains the rationale underlying Judge Robinson's prior orders.

Judge Robinson's February 6, 2018 Order seeks additional information from the United States regarding the cellular telephone number and cellular telephone service provider at issue in the above-referenced application. In the prior orders cited by Judge Robinson, the United States did not provide the cellular telephone number associated with the designated WhatsApp account; nor did the United States identify the provider of such cellular telephone service, seemingly utilizing "WhatsApp" and "Service Provider" interchangeably. Judge Robinson therefore denied those orders without prejudice and requested further information from the United States.



.      Judge Robinson's February 6, 2018 Order indicates that the United States may "proceed as directed in the six orders filed on February 2, 2018." That means that any supplement to the prior application should (1) clearly identify the cellular telephone number, and corresponding cellular telephone service provider, onto which the WhatsApp smartphone application has been installed, or (2) provide the authority on which the United States relies for the proposition that an order pursuant to 18 U.S.C. §§ 3122, 3123 is appropriately entered absent such information.

It is hereby ORDERED that this Order shall remain under seal until the Court orders otherwise.

DATE: February 9, 2018

ROBIN M. MERIWEATHER
United States Magistrate Judge