# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE APPLICATION OF THE UNITED STATES OF AMERICA FOR PRTT ORDER FOR ONE WHATSAPP ACCOUNT FOR INVESTIGATION OF VIOLATION OF 21 U.S.C. § 841 | Case No. 18-pr-00017 (BAH)<br><br>Chief Judge Beryl A. Howell<br><br>**UNDER SEAL** |

## ORDER

Upon consideration of the government's *Ex Parte* Objection to the Magistrate Judge's Denial of Application of the United States for PRTT Order for One WhatsApp Account ("Objection"), ECF No. 3, and the entire record herein, for the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the government's Objection is SUSTAINED; and it is further

**ORDERED** that the Magistrate Judge's Order dated February 5, 2018, ECF No. 2, is REVERSED; and it is further

**ORDERED** that the government's First Application, ECF No. 1, is GRANTED; and it is further

**ORDERED** that the government is directed, by March 12, 2018, to review the accompanying Memorandum Opinion and the entire record in this matter and notify the Court of which docket entries may be unsealed in whole or in part, with proposed redactions as necessary to protect any ongoing criminal investigations.

SO ORDERED.

Date: March 2, 2018

_____
BERYL A. HOWELL
Chief Judge